[No. 75639-7-I. Division One. November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNA MARIA WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-04254-3, Edmund Murphy, J., entered January 12, 2015. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Appelwick and Spearman, JJ.

[No. 75642-7-I. Division One. November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSLAN Y. BEZHENAR, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 12-1-00434-4, James W. Lawler, J., entered August 5, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Verellen, C.J., and Appelwick, J.

[No. 75643-5-I. Division One. November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY OLSON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03433-6, Garold E. Johnson, J., entered June 3, 2013. Olson's conviction *affirmed* and Templer's conviction *reversed* by unpublished opinion per Spearman, J., concurred in by Cox and Leach, JJ.

[No. 75648-6-I. Division One. November 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIAH LOVREE KNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-1-00740-1, James J. Dixon, J., entered September 15, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Cox and Schindler, JJ.